**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 20, 2013**.



In The

# Fourteenth Court of Appeals

### NO. 14-13-00552-CV

## IN RE STATE FARM LLOYDS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-71356**

## MEMORANDUM OPINION

Relator State Farm Lloyds filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to order the Honorable Mike D. Miller, Judge of the 11th District Court in Harris County, Texas, to set aside his order dated June 24, 2013, entered in trial court cause number 2009-71356, styled *Natividad and Maria Yanez v. State Farm Lloyds*. Relator claims that the trial court abused its discretion in

compelling production of irrelevant and burdensome discovery and it has no adequate remedy by appeal.

Relator also filed a motion for a temporary stay of the trial court's order. *See* Tex. R. App. P. 52.8(b), 52.10. On June 27, 2013, this court granted the motion and issued a stay of the June 24, 2013, order pending our consideration of this proceeding.

On August 5, 2013, the parties advised this court that the underlying case has been tried to a verdict, rendering this proceeding moot. Accordingly, our stay order is vacated and we order this proceeding dismissed as moot.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.